UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATERINA VIOLI,

                Plaintiff,

-v.-

BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM et al.,

                Defendants.

24 Civ. 06242 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

In an effort to achieve a faster disposition of this matter, to conserve resources, and to promote judicial efficiency, it is hereby ORDERED that the parties discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the designated Magistrate Judge.

If the parties consent to proceed before the Magistrate Judge, counsel for Defendants must, **by January 28, 2025**, file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf).  The executed form should be filed using the "Proposed Consent to Jurisdiction by US Magistrate Judge" filing event in accordance with ECF Rule 13.27.  If the Court approves that form, then all further proceedings will be conducted before the designated Magistrate Judge.

If either party does not consent to conducting all further proceedings before the designated Magistrate Judge, then the parties must file a joint letter, **by January 28, 2025**, informing the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent.  The parties are free to withhold consent without negative consequences.

    SO ORDERED.

Dated: January 14, 2025
       New York, New York

                                          _____
                                          JENNIFER H. REARDEN
                                          United States District Judge