UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATERINA VIOLI,<br><br>    Plaintiff,<br><br> -against-<br><br>BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, et al.,<br><br>    Defendants. | 24-CV-6242 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On July 15, 2025, Defendant Park Row 23 Owners LLC, filed a motion to dismiss the complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. (*See* ECF 43.)

  Plaintiff's opposition to the motion to dismiss is due by **August 15, 2025**, and Defendant's reply, if any, in further support of their motion to dismiss is due by **September 1, 2025**.

DATED: July 16, 2025
    New York, NY

SO ORDERED.

*/s/ Robyn F. Tarnofsky*
**ROBYN F. TARNOFSKY**
United States Magistrate Judge