UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATERINA VIOLI,<br><br>       Plaintiff,<br><br>    -v.-<br><br>BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, et al.,<br><br>       Defendants. | 24 Civ. 6242 (JHR) (RFT)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  Plaintiff Caterina Violi brought this action on August 19, 2024. *See* ECF No. 1. On July 15, 2025, Defendant Park Row 23 Owners LLC moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). *See* ECF No. 43. On July 18, 2025, Plaintiff filed an amended complaint. *See* ECF No. 47; *see also* ECF No. 52 (July 22, 2025 Order) at 2 ("The first amended complaint (ECF 47) is the operative complaint."). Accordingly, Defendant's motion to dismiss the complaint, ECF No. 43, is hereby DENIED as moot.

  The Clerk of Court is directed to terminate ECF No. 43.

  SO ORDERED.

Dated: August 1, 2025
    New York, New York

                    _____
                    JENNIFER H. REARDEN
                    United States District Judge