UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Caterina Violi, | 24-CV-06242 (JHR) (RFT) |
| Plaintiff, | |
| -against- | **ORDER** |
| Board of Managers of 25 Park Row Condominium, Park Row 23 Owners LLC, et al., | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on September 2, 2025, in light of the parties' settlement talks, all deadlines in this case are extended by 30 days.

The next settlement conference is scheduled for **Thursday, September 18, 2025 at 9:00 a.m.** to be held by video conference. The Courtroom Deputy will send the conference details to counsel.

DATED:  September 2, 2025
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge