UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATERINA VIOLI,

        Plaintiff,

-against-

BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, et al.,

        Defendants.

24-CV-6242 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The Case Management Plan in this action set the deadlines to complete fact discovery for June 30, 2025 and to complete expert discovery for August 30, 2025. (ECF 39 ¶¶ 5, 10.) The deadline to complete fact discovery is extended nunc pro tunc until **February 27, 2026**. The deadline to complete expert discovery is extended nunc pro tunc until **April 30, 2026**.

DATED: November 3, 2025
New York, NY

SO ORDERED.

*/s/ Robyn F. Tarnofsky*

**ROBYN F. TARNOFSKY**
United States Magistrate Judge