UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATERINA VIOLI,

    Plaintiff,

-against-

BOARD OF MANAGERS OF 25 PARK ROW CONDOMINIUM, et al.,

    Defendants.

24-CV-6242 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On November 3, 2025, I extended the deadlines for the parties to complete fact and expert discovery in this action. (*See* ECF 62, Order.) The parties are also directed to file a joint status letter on the first business day of each month, beginning on **December 1, 2025**. Such letters shall discuss the status of discovery and whether settlement talks would be productive at the time.

DATED: November 5, 2025
       New York, NY

SO ORDERED.

*/s/ Robyn F. Tarnofsky*
**ROBYN F. TARNOFSKY**
United States Magistrate Judge